# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **Walgreen Co.**, | ) |
| Plaintiff, | ) |
| | ) Case No. 16-cv-03411 |
| v. | ) |
| | ) Hon. John Z. Lee |
| | ) |
| **Neutrisci International, Inc.**, | ) Magistrate Judge Michael T. Mason |
| | ) |
| Defendant. | ) |

## MOTION FOR ENTRY OF CONSENT JUDGMENT

Walgreen Co. ("Walgreens"), by and through its undersigned attorneys, hereby moves this Court for an Order entering a Consent Judgment against Neutrisci International Inc. ("Neutrisci"). This motion is made pursuant to an agreement between Walgreens and Neutrisci and the Consent Judgment requested secures and is a condition precedent to the parties' negotiated resolution of this lawsuit. In further support of this motion, Walgreens states as follows:

1. Walgreens filed its Complaint against Neutrisci on March 18, 2016. The Complaint sought to enforce the terms of a previous settlement agreement the parties had entered into ("First Settlement Agreement").

2. The terms of the First Settlement Agreement required Neutrisci to pay Walgreens $1,000,000, but Neutrisci failed to comply with the terms, paying Walgreens only $500,000.

3. The parties have now agreed to a second settlement agreement ("Second Settlement Agreement"), the terms of which require Neutrisci to pay Walgreens $557,712 (the full amount owed plus an amount agreed upon amount for interest). Payments are to be extended over 12 months.

4. Because Neutrisci previously breached the first settlement agreement, requiring Walgreens to incur costs and fees to file its complaint, the entry of the consent judgment requested here against Neutrisci is a condition of the Second Settlement Agreement.

5. Neutrisci has consented to the entry of a judgment against it in the amount of $557,712. A copy of the consent judgment agreed to by the parties is attached as Exhibit A. Counsel for Neutrisci has indicated its agreement to this form of judgment by signature on that copy. Given that the parties are in agreement that a consent judgment should be entered, and in light of the facts and circumstances of this case, a consent judgment is appropriate. *See IMI Norgen, Inc. v. D & D Tooling Mfc., Inc.*, 306 F. Supp. 2d 796, 800 (N.D. Ill. 2004) (consent judgment entered where settlement provided for entry of consent judgment and payment over time).

6. The consent judgment is consistent with the law, does not harm third parties and is an appropriate use of judicial resources.

**WHEREFORE**, Walgreen Co. hereby requests that this Court enter an Order For Entry of Consent Judgment, in the form of Exhibit A attached hereto.

    Respectfully submitted,

    **WALGREEN CO.**

    By:   s/ Robert M. Andalman
            One of its Attorneys

Robert M. Andalman (ARDC #6209454)
Rachael Blackburn (ARDC #6277142)
A&G Law LLC
542 S. Dearborn St., 10th Floor
Chicago, IL 60605
(312) 341-3900
randalman@aandglaw.com
rblackburn@aandglaw.com

# CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Motion For Entry Of Consent Judgment** was served upon the following party by email and U.S. mail on May 3, 2016.

> Neutrisci International, Inc.
> c/o Matthew Nied (mnied@CasselsBrock.com)
> Cassels Brock
> Suite 2200, HSBC Building
> 885 West Georgie Street
> Vancouver, BC V6C 3E8
> Canada

      /s/ Robert M. Andalman